# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| v. | ) |
| | ) Case No.  1:24-mj- 165   (DJS) |
| WILLIAM GODLEWSKI | ) |
| | ) |
| | ) |
| | ) |
| **Defendant** | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of June 2023 to in or about March 2024 in the county of Albany and elsewhere in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §2252A(a)(5)(B) | Knowingly access with intent to view child pornography |

This criminal complaint is based on these facts:
See Attached Affidavit

☒    Continued on the attached sheet.

_____
Complainant's signature

Special Agent James C. Hamilton, HSI
_____
Printed name and title

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: March 25, 2024

_____
Judge's Signature

City and State:  Albany, NY

Hon. Daniel J. Stewart, U.S. Magistrate Judge
_____
Printed name and title

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, James Hamilton, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint charging William Godlewski (DOB: XX/XX/1980) ("GODLEWSKI") with the knowing access with intent to view child pornography, in violation of Title 18 United States Code, Section 2252A(a)(5)(B).

2. I am a Special Agent with the US Immigration and Customs Enforcement Office of Homeland Security Investigations ("HSI") and have been since June 2002. As such, I am an investigative or law enforcement officer of the United States within the meaning of Title 18 United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516(1). I have been a law enforcement officer for 26 years. My career as a Special Agent began in June 2002 with the U.S. Customs Service, which is now known as U.S. Immigration and Customs Enforcement Homeland Security Investigations (HSI). Prior to my employment as a Special Agent, I was a police officer in the state of Tennessee from September 1997 until June 2002.

3. As an HSI Special Agent, I am authorized to seek and execute federal arrest and search warrants for Title 18 criminal offenses, including offenses related to the sexual exploitation of minors, such as those involving the possession, distribution, transportation and receipt of child pornography, in violation of Title 18, United States Code, Sections 2252 and 2252A. I have a Bachelor of Science Criminal Justice degree and a Master of Public Management degree. I have

1

completed the Criminal Investigator Training Program and Customs Basic Enforcement School at the Federal Law Enforcement Training Center in Glynco, GA. During both basic training, and subsequent training, I received instruction on conducting online child pornography investigations. I have also been the affiant for numerous Federal arrest warrants in child pornography and child exploitation investigations.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest warrant and does not set forth all my knowledge about this matter.

5. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that a violation of Title 18, United States Code, Section 2252A(a)(5)(B) has been committed by William GODLEWSKI.

## PROBABLE CAUSE

6. On June 25, 2023, NCMEC received information from Synchronoss in CyberTipline Report 165115635. Synchronoss is a company that is based in Bridgewater, New Jersey that operates the Verizon Cloud accounts for Verizon Wireless customers that use the Verizon Cloud and stores data by subscriber telephone number. In CyberTipline Report 165115636, the reported Primary Incident Type was described as "Child Pornography (possession, manufacture, and distribution)." CyberTipline Report 165115635 said that child pornography was discovered in the Verizon Cloud account number/cellular phone number (518) XXX-XXXX (REDATED) ("Subject Account"). It also stated that Synchronoss became aware of the upload of 170 files of reported child pornography content on June 25, 2023, at 21:12:50 UTC (Coordinated Universal Time). The report stated that each of the uploaded files were viewed by the reporting

2

electronic service provider ("ESP"), and I have reviewed the files as well. The following are the descriptions of two files that were uploaded to the Subject Account and reported to NCMEC by Synchronoss in CyberTipline Report 165115635:

    a. Filename: de90c785495843e9ab7bea3a33ec9ca4_0b55b5e2152cd688184f064d1d0b946f6d6131ffeefa8ca616147c89cca1c06b (MD5 hash value 8863aa753f1827056862969cfe4cd655) is described as a .jpg file, however, it is a one (1) minute and five (5) second video depicting a prepubescent female, who pulls down her pants and underwear, bends over facing away from the camera, so that the focus of the video is on her naked anus and vagina. The prepubescent female then sticks a toothbrush into her anus.

    b. Filename: de90c785495843e9ab7bea3a33ec9ca4_01a9adf4eb77d26ba93c5f35944ee95451e3345beaf9d3f6d1165484e0f75c1a (MD5 hash value 8256345286e25f8b49ba3614be15eeab) is described as a .jpg file, however, it is a 44 second video depicting a naked adult male lying next to a naked prepubescent female in a bed. The naked male is rubbing his penis, then he ejaculates semen onto the lower belly area of the naked female. The focal point of the video is the prepubescent female's vagina.

    7. On June 27, 2023, NCMEC received additional information from Synchronoss in CyberTipline Report 165225337. The reported Primary Incident Type was described as "Child Pornography (possession, manufacture, and distribution)." CyberTipline Report 165225337 indicated that child pornography was discovered in the Subject Account. It also stated that

3

Synchronoss became aware of the upload of 5 files of reported child pornography content on June 27, 2023, at 01:11:18 UTC. The report stated that each of the uploaded files were viewed by the reporting ESP, and I have reviewed the files as well. The following are the descriptions of two files that were uploaded to the Subject Account and reported to NCMEC by Synchronoss in CyberTipline Report 165225337:

a. Filename: e90c785495843e9ab7bea3a33ec9ca4_6cbdd90645c66977b44955a59e691360ac077eba221bbca732d3f3e6afb16996 (MD5 hash value e3cf18496c87b3c4da4050c6cb490cd8) is a four (4) minute 39 second video file that depicts several scenarios depicting child exploitation material. At the 23 second mark, the screen shows three angles of an adult male engaging in sexual intercourse and the ejaculation of semen onto the body of a prepubescent female who is only wearing a shirt. At the 39 second mark, an adult subject is inserting a straight hard object into the anus of a prepubescent female who is only wearing a shirt.

b. Filename: e90c785495843e9ab7bea3a33ec9ca4_b3fc4626da6208835cdaddeec1bfdcf815e885a4743f1112555bbf25d9881311 (MD5 hash value 318534a19dea4eb756891c644bc1f89d) is a one (1) minute 29 second video that depicts a prepubescent male and a prepubescent female engaging in sexual intercourse. While the prepubescent male's penis is inside the prepubescent female's vagina, an adult male inserts his penis into the prepubescent female's mouth.

4

On August 19, 2023, NCMEC received additional information from Synchronoss in CyberTipline Report 171307317. The reported Primary Incident Type was described as "Child Pornography (possession, manufacture, and distribution)." CyberTipline Report 171307317 said that child pornography was discovered in the Subject Account. It also stated that Synchronoss became aware of the upload of 2 files of reported child pornography content on August 19, 2023, at 22:20:10 UTC. The report stated that each of the uploaded files were viewed by the reporting ESP, and I have reviewed the files as well. The following is the description of one file that was uploaded to the Subject Account and reported to NCMEC by Synchronoss in CyberTipline Report 171307317:

 c. Filename: de90c785495843e9ab7bea3a33ec9ca4_53505fc30d5941546f4e7a1b29e37b8a086849f1e7443be69ff0f69bf26c616b (MD5 hash value 3d6add1ff707e3b8ec5145fb8cdc4973) is a two (2) minute and three (3) second video file that depicts an adult penis ejaculating semen onto the face of a prepubescent girl. The video later depicts the adult engaging in sexual vaginal intercourse with the prepubescent girl.

8. On August 21, 2023, NCMEC received additional information from Synchronoss in CyberTipline Report 171707589. The reported Primary Incident Type was described as "Child Pornography (possession, manufacture, and distribution)." CyberTipline Report 171707589 said that child pornography was discovered in the Subject Account. It also stated that Synchronoss became aware of the upload of 2 files of reported child pornography content on August 21, 2023, at 22:43:29 UTC. The report stated that each of the uploaded files were viewed by the reporting ESP, and I have reviewed the files as well. Following is the description of one file that was

uploaded to the Subject Account and reported to NCMEC by Synchronoss in CyberTipline Report 171707589:

    a. Filename: de90c785495843e9ab7bea3a33ec9ca4_24776363b378bbd6bd7613788df0132b69b6e85fcf76e410ad12bfdaa10fcb1d (MD5 hash value 373effb1e50d48fc3ef1418419868ff1) is a one (1) minute 19 second video depicting a prepubescent girl in a bedroom who is only wearing underwear and a t shirt. The girl moves around in front of the camera, and eventually pulls her underwear down, then pulls it up and to the side, each time exposing her vagina to the camera.

9. NCMEC forwarded each of the Cybertip reports detailed in this affidavit to the New York State Police Internet Crimes Against Children Task Force ("NYSP ICAC") for investigation. NCMEC also forwarded six other Cybertip reports to the NYSP ICAC that contain reported child pornography: CyberTip reports 172447265, 172606139, 173636679, 173720965, 174177206, and 174339824. The reports were received by NCMEC between August 27, 2023, and September 18, 2023. The most recent CyberTip in this initial group was made available to NYSP ICAC on October 2, 2023. All 10 Cybertip reports, including the four (4) which are described above, report the uploading and possession of child pornography files that are stored in the account belonging to the Subject Account, phone number (518) XXX-XXXX (REDACTED).

10. On August 31, 2023, DHS issued an administrative summons to Verizon Wireless seeking customer subscription information for telephone number (518) XXX-XXXX (REDACTED), the number associated with the Subject Account within each of the Cybertip reports. On September 12, 2023, Verizon Wireless responded that the telephone number (518)

6

XXX-XXXX (REDACTED) was assigned to Verizon customer C****** G***** (REDACTED) at [residence address] Ballston Lake, New York 12019 for the time period of August 29, 2022, through August 29, 2023, the date range that was requested in the summons. Furthermore, Verizon's response states that the phone number was activated on the account belonging to C****** G***** in October 2019, and it remains active as of the date of the summons response.

11.  A New York State Police Investigator assigned to the ICAC Task Force continued the investigation of C****** G***** (REDACTED), the subscriber of the Subject Account, in reference to CyberTip reports 165115635, 165225337, 171307317, and 171707589. The Investigator conducted an open-source internet database query for the Subject Account. The response from the open-source internet database shows that the Subject Account is linked to William GODLEWSKI (DOB XX/XX/1980), who has the same family last name as the subscriber of the phone number. Furthermore, the response shows that GODLEWSKI has a current address of [resident address] Altamont, New York 12009 ("Subject Premises"), but has a former address of [resident address] Ballston Lake, New York 12019, the same address as the subscriber of the Subject Account phone number.

12.  The NYSP Investigator conducted a search of the New York State Sex Offender Registry during her investigation and found that William GODLEWSKI, DOB XX/XX/1980 is a Level 1 convicted sex offender. On October 11, 2023, November 6, 2023, and again on March 8, 2024, your affiant also conducted a search of the New York State Sex Offender Registry, finding that GODLEWSKI is registered to reside at the Subject Premises. The sex offender registry also shows that William GODLEWSKI has a secondary address of [resident address] Ballston Lake, New York 12019, the same address as the subscriber of the Subject Account. A review of William GODLEWSKI's criminal history shows that on October 5, 2010, in Schenectady County Court,

he was convicted upon a plea of guilty to the charge of promoting a sexual performance by a child less than 17 years of age, in violation of New York Penal Law Section 263.15. William GODLEWSKI was sentenced to a "2 years to 6 years indeterminate concurrent" term of imprisonment.

13. Additionally, on December 11, 2018, GODLEWSKI pled guilty in Schenectady County Court to the class E felony of being a sex offender who failed to report a change in his address, in violation of N.Y. Corr. Law. § 168-F(4). On February 5, 2019, he was sentenced to one year in jail. On June 13, 2023, GODLEWSKI pled guilty in Watervliet City Court to the class A misdemeanor of attempted sex offender failure to report change of address, in violation of N.Y. Corr. Law § 168-F(4) and was sentenced the same day to a conditional discharge.

14. On October 11, 2023, your affiant requested copies of any reports regarding William GODLEWSKI from the Guilderland Police Department ("GPD"), which has jurisdiction over the Subject Premises. A GPD Investigator provided your affiant with copies of four GPD incident reports that reference William GODLEWSKI, DOB XX/XX/1980 (REDACTED). Two of the incident reports, dated January 2, 2020, and June 8, 2021, report that William GODLEWSKI was reporting an address change to the GPD, and they cite that GODLEWSKI is a level 1 convicted sex offender. In both of these reports, GODLEWSKI's phone number is listed as (518) XXX-XXXX (REDACTED), the Subject Account phone number associated with the Synchronoss account reported in all the Cybertip reports noted above. On March 12, 2024, I spoke by telephone with a GPD officer who manages the sex offender program within the GPD to inquire if he had any updated records regarding GODLEWSKI and the Subject Account. The GPD officer stated that he did not, and also stated that GODLEWSKI's most recent sex offender registrations were supplied directly to the New York State Department of Criminal Justice Services.

15. On October 13, 2023, your affiant served a DHS 3115 administrative summons to National Grid seeking utility records for the Subject Premises. On the same date, a representative of National Grid responded that the utility customer is LXXX JXXXXXXXXX (REDACTED). A Google search of this name found an Albany Times Union newspaper article titled "Deeds and Deals" dated December 4, 2022, which states in the "Guilderland" section that LXXX JXXXXXXXXX (REDACTED) bought the Subject Premises from XXXXXXX XXXXXXX (REDACTED) for $180,000.

### November 7, 2023 Federal Search Warrant for Subject Account

16. Your affiant applied for, and on November 7, 2023 ("November 7 search warrant"), this Court issued a warrant authorizing a search of the Subject Account for evidence of the transportation of child pornography in violation of 18 U.S.C. Section 2252A(a)(1), receipt of child pornography in violation of 18 U.S.C. Section 2252A(a)(2) and possession of child pornography in violation of 18 U.S.C. Section 2252A(a)(5)(B). The search warrant was served to Synchronoss Technologies on November 9, 2023, and a response was received on November 10, 2023.

17. Your affiant has reviewed the content provided by Synchronoss during the search of the Subject Account. Synchronoss provided two primary folders in the search warrant return. The first folder is titled 5184411282_de90c785495843e9ab7bea3a33ec9ca4_ncmec___2231110184729. Included in this folder was 196 files. A representative of Synchronoss Technologies stated via email to your affiant that this folder ("first folder") contains "flagged CSAM which never makes it to a user's account and is in a quarantined server", and a second folder ("second folder") that contains the account content. I reviewed this first folder, which according to the Synchronoss Technologies representative was uploaded but diverted to a quarantined server rather than to the user account

9

associated with the Subject Account. Within this folder of quarantined material, I found the following:

    a. 3 video files depicting baby/toddler sex acts. One example is file de90c785495843e9ab7bea3a33ec9ca4_..._file_83 (filename shortened for purposes of the affidavit) is a 1 minute 54 second video file depicting a prepubescent female toddler, approximately 2 years old, and an adult male. The adult male pulls down the girl's diaper, touches the girl's vagina, and spreads the vagina apart for the camera. The male then rubs his naked penis on the face and mouth of the girl. The girl is awake and turns her head away from the man's penis.

    b. Approximately 71 video files of child pornography depicting lascivious exhibition. One example is file de90c785495843e9ab7bea3a33ec9ca4_..._file_189 (filename shortened for purposes of the affidavit) is a 38 second video file depicting a prepubescent female who appears to be posing for a web camera. The girl is wearing a shirt but no underwear or pants, and she stands up on one leg, lifts her other leg, exposing her vagina to the camera. She also turns around, spreads her buttocks, exposing her anal region to the camera.

    c. Approximately 9 video files depicting prepubescent children with a type of sado-masochistic conduct. One example is file de90c785495843e9ab7bea3a33ec9ca4_..._file_14 (filename shortened · for purposes of the affidavit) is a 1 minute 5 second video file depicting a prepubescent female who appears to be approximately 5-10 years old. The girl's pants are pulled down exposing her anus and vagina to the camera. The girl on her knees, facing

    away from the camera. The girl is inserting the handle of a toothbrush into her anus for most of the video.

  d. Approximately 82 video files depicting prepubescent children engaged in sexual acts. One example is file de90c785495843e9ab7bea3a33ec9ca4_..._file_3 (filename shortened for purposes of the affidavit) is a 44 second video file depicting an adult male who is rubbing his naked penis next to naked prepubescent female that is laying down. The female appears to be approximately 3-6 years old. The adult male ejaculates semen onto the naked pelvis area of the female. The male touches the prepubescent female next to her naked vagina, then pushes some of the semen up onto her stomach before the video ends.

  e. An additional approximately 17 video files depicting pubescent children depicted in child pornography with an additional 14 video files depicting pornography with "age difficult" persons.

18.   Your affiant has also reviewed the content of the second folder provided by Synchronoss during the search of the Subject Account. The second folder is titled 518REDACTED and it contains four subfolders, one of which is titled VZMOBILE. Within the VZMOBILE folder are 25 subfolders that have a date in the form of YYYY-MM-DD as the folder name followed by subfolders. Evidence of both user attribution (GODLEWSKI) and possession/transportation of child pornography was found in various subfolders of the VZMOILE folder. Examples of the contents of some of the folders is described as follows:

  a. Folder 2023-06-23 (User Attribution): This folder, contains a subfolder titled "My Samsung SM-S908U". Within the subfolder is an image file, 20230619_181509.jpg, which depicts a silver and white motorcycle, parked in the

11

driveway of the Subject Premises. A RV camper, pool, and two outbuildings are visible in the picture, all of which, including the motorcycle, I have observed at various times at the Subject Premises. Within this same folder is image file, IMG_20230619_182003.jpg, which depicts a Vehicle Identification Number (VIN) REDACTED. According to New York Department of Motor Vehicle Records, the VIN returns to a 2003 Suzuki motorcycle (the "Suzuki motorcycle"), registered to LXXX JXXXXXXXXX (REDACTED) at the Subject Premises. LXXX JXXXXXXXXX (REDACTED) has a valid driver license but not a motorcycle endorsement. William GODLEWSKI has a suspended New York driver license with a suspended motorcycle permit endorsement.

b. Folder 2023-06-23 (User Attribution): This folder, contains a subfolder titled "My Samsung SM-S908U". Within the subfolder are several "selfie images depicting William GODLEWSKI. One such image file is image file 20230415_16127.jpg, which is a "selfie photo" depicting William GODLEWSKI sitting in a recliner chair, with a baby sitting on his lap. Both GODLEWSKI and the baby are looking at the camera. GODLEWSKI's arms are extended and visible from approximately the elbow to shoulder as the arms hold the camera device.

c. Folder 2022-09-24 (User Attribution): This folder contains a subfolder titled "My Samsung SM-S908U". Within the subfolder is an image file, IMG_20220922_170400_01.jpg, which is an image of a REDACTED debit card in the name of William GODLEWSKI, with an expiration date of REDACTED.

d. Folder 2022-09-13 (User Attribution): This folder, contains a subfolder titled "My Samsung SM-S908U". Within the subfolder is an image file,

IMG_20220913_183451.jpg, which is an image of a REDACTED credit/debit card in the name of William GODLEWSKI, with an expiration date of REDACTED.

e. Folder 2022-08-23 (User Attribution): This folder contains a subfolder titled "My Samsung SM-S908U". Within the subfolder is an image file, Screenshot_20220823-175217_Chrome.jpg. The image is a screenshot a real estate company advertisement for the sale of the Subject Premises.

f. Folder 2022-08-05 (User Attribution): This folder contains a subfolder titled "My Samsung SM-S908U". Within the subfolder are three image files of the Suzuki motorcycle that I observed at the Subject Premises during a drive-by surveillance of the Subject Premises on October 27, 2023. The filename of one of these images depicting the Suzuki motorcycle is 2020805_085751.jpg.

g. Folder 2023-06-24 (Child Pornography): This folder contains a subfolder titled "My Samsung SM-S908U". Within the subfolder are approximately 47 items, most of which are pornographic video files depicting children. One example of child pornography found in this folder is a video file titled Cool_lady_playing.mp4. This is a 7 minute 49 second video file that depicts a prepubescent female, approximately 8-12 years old, who is wearing only socks and a pink shirt. The girl's vagina is the focus of the video. The girl is masturbating using a tooth brush that is inserted into her vagina. The girl also inserts her fingers into her vagina at times during the video.

h. Folder 2023-06-23 (Child Pornography): This folder contains a subfolder titled "My Samsung SM-S908U". Within the subfolder are approximately 540 files, approximately 279 of which are video files, and approximately 261 files are image

files. The files contain a mixture of generic files, to include examples of user attribution, as well as child pornography files. Many of the video files contain child pornography. One example is of a video file containing child pornography is GOT_MILK(1).mp4, which is a 6 minute 15 second video. The video contains several "side by side" and "muti-frame" videos within the screen that depict prepubescent females who are the subject of sexual acts. Some of the sexual acts depicted include a naked prepubescent female laying on the floor while an adult finger rubs an unknown substance on the girl's vagina while a cat licks the girl's vagina; an adult male masturbating his penis and ejaculating onto the vagina of a prepubescent female, and a male engaged in sexual intercourse with a prepubescent female.

### Surveillance of the Subject Premises

19. Your affiant has conducted spot surveillance on several dates in November 2023. At that time, your affiant observed a white Chevrolet pickup truck with a concrete contractor's company graphics on it parked in the driveway. The vehicle appears to match the description of the truck listed on William GODLEWSKI's sex offender registry profile. On January 31, 2024, Special Agent Hamilton and Task Force Officer's ("TFO")'s conducted surveillance on the Subject Premises. William GODLEWSKI and a female subject were observed entering a silver or gray Chevrolet Tahoe bearing New York registration REDACTED ("Subject Vehicle"). Both subjects were observed driving to a business location in Guilderland, New York, before surveillance of the vehicle was lost. According to the New York Department of Motor Vehicles, the Subject Vehicle driven by William GODLEWSKI is registered to LXXX JXXXXXXXXX

(REDACTED), the same person as the utility customer and homeowner of the Subject Premises, and the registered owner of the Suzuki motorcycle observed at the Subject Premises.

20. On March 10, 2024, I conducted a drive by surveillance at the Subject Premises and observed the Subject Vehicle and the Suzuki motorcycle parked at the residence I did not see William GODLEWSKI at the premises on this date.

21. On March 11, 2024, myself and HSI Special Agents conducted a surveillance at the Subject Premises. At approximately 7:45 AM, William GODLEWSKI was observed outside of the residence, and near the Subject Vehicle. GODLEWSKI attached a dump trailer, bearing Maine registration REDACTED to the Subject Vehicle. Per the Maine Department of Motor Vehicles, the trailer license plate is not on file. At approximately 8:15 AM, GODLEWSKI left the Subject Premises, towing the trailer, and he travelled to a job site in Halfmoon, New York.

### Additional CyberTips

22. As the investigation continued after the service of the November 7 search warrant, additional Cybertip reports have been received at the ICAC Task Force that are linked to this investigation by the Subject Account. In fact, between on or about January 7, 2024, through on or about February 1, 2024, Synchronoss reported at least 15 incidents of suspected child pornography being uploaded from the Subject Account. In these CyberTips, Synchronoss indicated that it viewed the entire contents of the uploaded file(s) with the exception of CyberTipline Report # 185453478, where Synchronoss stated that only 3 of the 4 reported files were viewed by the ESP. The following paragraphs describe a few of the most recent CyberTip reports received at the ICAC Task Force:

   a. CyberTipline Report #186068680, reported by Synchronoss, reports that on February 1, 2024, at 22:47:53 UTC, one child pornography file was uploaded into

the Synchronoss account associated with the Subject Account. The file is identified as MD5 hash value 42297c6346b74fe52cbd8e9265d98552. The report stated that the uploaded file was viewed by the reporting ESP, and I have reviewed the file as well. The file is a 54 second video file depicting an adult male trying to insert his penis into the naked vagina of a prepubescent female toddler.

b. CyberTipline Report #185813666, reported by Synchronoss, reports that on January 29, 2024, at 22:48:57 UTC, one child pornography file was uploaded into the Synchronoss account associated with the Subject Account. The file is identified as MD5 hash value 186f556fa7a7d2f99d33687471 96279d. The report stated that the uploaded file was viewed by the reporting ESP, and I have reviewed the file as well. The file is a 3-minute video file depicting an adult male who is engaged in either vaginal or anal sexual intercourse with a small female child who appears to be prepubescent, under the age of 8.

c. CyberTipline Report #185751600, reported by Synchronoss, reports that on January 29, 2024, at 01:28:43 UTC, two child pornography files were uploaded into the Synchronoss account associated with the Subject Account. The report stated that the uploaded files were viewed by the reporting ESP, and I have reviewed the files as well. The first file, with the MD5 hash value 3f6bf1c29bf249fbecdd3b195a588a78, is a 1 minute 28 second video file, that depicts an adult male inserting his penis into the mouth of a young prepubescent female, and the male inserts his tongue into the vagina of the female, who appears to be under the age of 6. The second file reported in this CyberTip report, with an MD5 hash value d6013a73210737e6fd485725b573de21, is a 4 minute 4 second

video file that depicts three naked girls. The girls appear to be pubescent teenagers, approximately 12-14 years old. The girls are spreading a liquid on the body of one of the girls. The naked vagina of the girl whose body is being covered with liquid is the focus of the video.

### March 25, 2024 Search Warrant Execution

On March 19, 2024, based on the facts gathered in this investigation, this Court issued a search warrant to search the residence of William GODLEWSKI at the Subject Premises, as well as the Subject Vehicle, the person of William GODLEWSKI, and the contents of any computers, computer equipment, cell phones, and electronic storage devices found within these searches. The search warrant was served on March 25, 2024, by HSI special agents and task force officers, with assistance provided by New York State Police investigators and Guilderland Police Department officers and investigators. During the initial preview of GODLEWSKI's Samsung Galaxy S22 Ultra cell phone, S/N R5CT444V1CV, child pornography has not yet been found, but forensic analysis will continue in a computer forensic laboratory. In the internet search history on Google Chrome, the phone shows several website names of child exploitation interest. Additionally, GODLEWSKI was interviewed at the Guilderland Police Department. I read the *Miranda Warning* to GODLEWSKI using ICE Form 73-025, and after waiving his *Miranda* rights, GODLEWSKI made admissions that he has been viewing child pornography for approximately four years. He also stated that he only accesses the internet using his cell phone; he is the only person who accesses his cell phone, which is password protected; and that he stated that the (518) XXX-XXXX (REDACTED) Subject Account listed in the CyberTip reports reference in this affidavit, has been his phone number for approximately six years. Although it has not been

forensically recovered, GODLEWSKI stated that on this phone he believes there are approximately 100 pictures of child pornography.

## CONCLUSION

Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that from in or about June 2023 to in or about March 2024, William GODLEWSKI knowingly accessed with intent to view child pornography, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

Respectfully submitted,

*[signature]*
James Hamilton
Special Agent
Homeland Security Investigations

I, the Honorable Daniel J. Stewart, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by telephone on March 25, 2024 in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

*[signature]*
HON. DANIEL J. STEWART
UNITED STATES MAGISTRATE JUDGE